| | |
|---|---|
| 1 | MICHELE BECKWTIH |
| | Acting United States Attorney |
| 2 | ARELIS M. CLEMENTE |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4041 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-CR-00075-KES-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: AND ORDER** |
| v. | Date; June 23, 2025 |
| | Time: 9:30 a.m. |
| JESUS CARMONA-BELTRAN, | Judge: Hon. Kirk E. Sherriff |
| AKA JESUS BELTRAN, | |
| AKA JESUS CARMONA, | |
| Defendant. | |

   IT IS HEREBY STIPULATED between the parties that the status conference set for May 28, 2025, at 1:00 p.m., can be vacated and a Change-of-Plea hearing can be set on June 23, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff.  The parties agree that time shall be excluded through June 23, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

 Dated:  May 21, 2025

                                               */s/ Adilene Flores-Estrada*
                                               ADILENE FLORES-ESTRADA
                                               Attorney for Defendant


                                               */s/ Arelis M. Clemente*
                                               ARELIS M. CLEMENTE
                                               Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00075-KES-BAM |
| Plaintiff, | ORDER |
| v. | |
| JESUS CARMONA-BELTRAN, AKA JESUS BELTRAN, AKA JESUS CARMONA, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for May 28, 2025, at 1:00 p.m. is hereby vacated and a **Change-of-Plea hearing is set for June 23, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff**.   Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through June 23, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **May 21, 2025**               /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE