Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com


Attorney for JESUS CARMONA-BELTRAN
         AKA JESUS BELTRAN
         AKA JESUS CARMONIA

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JESUS CARMONA-BELTRAN<br>AKA JESUS BELTRAN<br>AKA CARMONIA<br><br>            Defendant. | Case No.:  1:25-cr-00075-KES-BAM<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br><br>Date: June 30, 2025<br>Time:  9:30am<br>Judge: Kirk E. Sheriff |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

It is hereby stipulated between the parties that the change of plea hearing set for June 23, 2025 at 9:30am can be continued to June 30, 2025 at 9:30am before the Honorable Kirk E. Sheriff.  The parties agree that time shall be excluded through June 30, 2025, for purposes of defense preparation.  The parties agree to exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq., and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated:  June 19, 2025                              /s/ Adilene Flores Estrada____
                                                   ADILENE FLORES ESTRADA
                                                   Attorney for Defendant
                                                   JESUS CARMONA-BELTRAN


                                                   /s/ Arelis M. Clemente
                                                   ARELIS M. CLEMENTE
                                                   Assistant United States Attorney

(1)

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br>JESUS CARMONA-BELTRAN<br>AKA JESUS BELTRAN<br>AKA CARMONIA<br><br>　　　　　　Defendant. | Case No.:  1:25-cr-00075-KES-BAM<br><br>**ORDER** |

Upon the parties' stipulation and for good cause shown, the Change of Plea Hearing currently scheduled for June 23, 2025, at 9:30 a.m. is hereby continued to June 30, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through June 30, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

　Dated:　June 20, 2025　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE